UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                )   Case No.: CR09-997 PSG
                  Plaintiff,             )
                                         )   ORDER OF DETENTION PENDING
         v.                              )   FURTHER REVOCATION
                                         )   PROCEEDINGS
Martin Padilla                           )   (FED. R. CRIM. P. 32.1(a)(6); 18
                  Defendant.             )   U.S.C. § 3143(a)(1))

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___Central___ District of ___California___ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

(X) information in the Pretrial Services Report and Recommendation

(X) information in the violation petition and report(s)

(X) the defendant's nonobjection to detention at this time

( ) other: _____

1

1    and/ or

2    B. (✓) The defendant has not met his/her burden of establishing by clear and

3    convincing evidence that he/she is not likely to pose a danger to the

4    safety of any other person or the community if released under 18 U.S.C.

5    § 3142(b) or (c).  This finding is based on the following:

6    (✓) information in the Pretrial Services Report and Recommendation

7    (✗) information in the violation petition and report(s)

8    (✗) the defendant's nonobjection to detention at this time

9    ( ) other: _____

10

11   IT THEREFORE IS ORDERED that the defendant be detained pending the further

12   revocation proceedings.

13

14   Dated:  March 7, 2014                    _____

15                                             SHERI PYM
                                               United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28